IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERYN M. SCHMIDT,** | **CIVIL NO. 1:13-3074** |
| **Plaintiff** | |
| v. | **(Judge Rambo)** |
| | **(Magistrate Judge Cohn)** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant** | |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1) This court adopts in part and rejects in part the February 13, 2015 report and recommendation (Doc. 26).

2) This matter is remanded to the magistrate judge with instruction to seek clarification from ALJ as to why the medical report from Dr. Khan was not given consideration and not made part of the hypothetical given to the vocational expert.

                                                    s/Sylvia H. Rambo
                                                    United States District Judge

Dated: March 19, 2015.